*CLOSED*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARLOS RIBEIRO, | : | |
| | : | Civil Action No.12-5730 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| MRS ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before this Court on the motion to dismiss for failure to state a valid claim for relief, pursuant to Federal Rule of Civil Procedure 12(b)(6), by Defendant MRS Associates, Inc. ("MRS"); and the Court having considered Defendant's unopposed submissions, and for the reasons stated in the accompanying Opinion, and good cause appearing,

**IT IS** on this 13th day of December, 2012

**ORDERED** that Defendant's motion to dismiss the Complaint (Docket Entry No. 3) is **GRANTED**, and the Complaint is hereby **DISMISSED** with prejudice.

    s/Stanley R. Chesler
    STANLEY R. CHESLER, U.S.D.J.